UNITED STATES DISTRICT COURT
SOUNTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA              :

- v -                                 :    09 Cr. 213 (DC)

BERNARD L. MADOFF,                    :

        Defendant.                  :

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/09

Upon the motion of the United States of America dated September 21, 2009, pursuant to Title 18, United States Code, Section 3663A(c)(3), it is found that the number of identifiable victims is so large as to make restitution impracticable, and it is further found that determining complex issues of fact related to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to the victims is outweighed by the burden on the sentencing process.

It is hereby ORDERED

1.    The Government's motion for a finding that restitution is impracticable is granted; and

2.    The Government may proceed through the process of remission as authorized under the forfeiture statutes. 21 U.S.C. § 853(i); 28 C.F.R. Part 9.

Dated:    New York, New York
          September 17, 2009

SO ORDERED:

_____
HONORABLE DENNY CHIN
UNITED STATES DISTRICT JUDGE