

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 17, 2017

**BY ECF**
The Honorable Denny Chin
United States Circuit Judge
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

        Re: **United States v. Bernard Madoff**
            09 Cr. 213 (DC)

Dear Judge Chin:

    The Government respectfully requests that the Court enter the attached Sixth Final Order of Forfeiture (Stocks) in this matter.

                                      Respectfully submitted,

                                      JOON H. KIM
                                      Acting United States Attorney

            By:        _____
                                      Niketh Velamoor
                                      Assistant United States Attorney
                                      One St. Andrew's Plaza
                                      New York, New York 10007
                                      Tel.: (212) 637-1076